Suzette Grace Rodriguez

vs

## CLAIM FOR RELIEF:

The City of Boynton Beach, The Village of Palm Springs and The Department of Children and Families

The municipalities listed as defendants work under the direction of the state of Florida, where relief was sought through channels prescribed by one agency to a next, whose responsibilities are intended to act as a bipartisan remedy to the citizens of Florida, however, directives only led to further violations of my civil and human rights, therefore, placing the matter under the jurisdiction of the Federal Judiciary Courts.

Fourth Amendment; Privacy Violation and Defamation of Character
United State Code General Titles: 18  PART II  Chapter 205
28 PART IV Chapter 85
29 PART VI, VII, VIII
34 SUBTITLE II
42 CHAPTER 21 SUBCHAPTER VI CHAPTER 151

FILED by ___ D.C.
OCT 17 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## RELIEF SOUGHT:

Punitive Damages, Emotional Distress Compensation and any fees associated with the pursuance of this matter.

_____
Suzette Grace Rodriguez
Pro-Se Petitioner

October 17, 2018